IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA L. BUTCHER, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 05-249 |
| v. | ) Judge Donetta W. Ambrose/ |
| | ) Magistrate Judge Sensenich |
| INTERNATIONAL BROTHERHOOD OF | ) Re:  Doc. No. 31 |
| ELECTRICAL WORKERS, PITTSBURGH | ) |
| LOCAL NO. 5, | ) |
| | ) |
| Defendant | ) |

**MEMORANDUM ORDER**

On February 28, 2005, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 71.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on May 25, 2006, recommended that Defendant's Motion to Dismiss be granted as to Plaintiff's claims against Defendant IBEW 5 under the Equal Pay Act and for supporting and fostering her employer's wrongful termination of her employment, in violation of Pennsylvania Common Law.  It further recommended that Defendant's motion to dismiss be denied as to Plaintiff's Title VII and PHRA claims.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on all parties.  No objections have been filed.  After

review of the report and recommendation, the following order is entered:

AND NOW, this 14th day of June, 2006;

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is granted as to Plaintiff's claims against Defendant IBEW 5 under the Equal Pay Act and for supporting and fostering her employer's wrongful termination of her employment, in violation of Pennsylvania Common Law.

IT IS FURTHER ORDERED that Defendant's motion to dismiss is denied as to Plaintiff's Title VII and PHRA claims.

The report and recommendation of Magistrate Judge Sensenich, dated May 25, 2006, is adopted as the opinion of the court.

Donetta W. Ambrose, Chief Judge
United States District Court

All parties noticed electronically via CM/ECF