IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Linda L. Butcher | ) | Civil Action No. 05 - 0249 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | **STIPULATION TO DISMISSAL AND TO** |
| | ) | **SUBMIT THE MATTER TO BINDING** |
| | ) | **ARBITRATION** |
| | ) | |
| v. | ) | |
| International Brotherhood of Electrical | ) | |
| Workers, Pittsburgh Local Union 5 | ) | |
| Defendant(s) | ) | |

## STIPULATION TO BINDING ARBITRATION

Pursuant to Section 5.12 of the Court's Alternative Dispute Resolution Policies and

Procedures, the parties in the above captioned matter do hereby stipulate that the parties waive

their rights to request a trial de novo. The Parties agree to stipulate to dismissal of the matter

and to submit the matter to binding arbitration.

We, the undersigned parties to this action, declare that this stipulation is both consensual

and mutual.


10/10/2006          \S\ Richard P. Kimmins

Dated:_____   _____
                    Attorney for Plaintiff


10/10/2006          \S\ Joshua Bloom
Dated:_____   _____
                    Attorney for Defendant


*10/23/06*

*This case is dismissed & the stipulation to binding arbitration is approved*

*Loretta F. Ambrose*